**Order filed May 26, 2022**



In The

# Fourteenth Court of Appeals

———————

NO. 14-22-00312-CV

———————

**BIJAN MERRIKH, Appellant**

**V.**

**JOSEPH COSTA, ET UX, Appellee**

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-28389**

---

## O R D E R

The notice of appeal in this case was filed April 26, 2022. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **June 6, 2022.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Wilson.